Exhibit 10



**From:** John Fletcher [mailto:JFletcher@HNFTLaw.com]
**Sent:** Wednesday, April 24, 2019 5:04 PM
**To:** Leah Kane <leahk@charlottelegaladvocacy.org>; Sperati, Deborah E. <DSperati@poynerspruill.com>
**Cc:** Barnhill, Ginger <GBarnhill@poynerspruill.com>
**Subject:** RE: Foreclosure: First Citizens/Ricky Jones 5704 Bradford Lake Lane Charlotte

Cameron Scott at the Honeycutt Law Firm has just called me and advises that they will NOT agree to return the Trustee's deed, or delay closing.

They intend to close the transaction tomorrow as scheduled.

FYI, Cameron reports that Mr. Jones has been in direct contact with the high bidder, and has offered to purchase the property back for $125,000.

Cameron Scott's direct telephone number is 704-264-7556 if anyone needs that.

I know that you both wil advise me of any developments and I will of course do the same.

Thank you,

John



hnftlaw.com

John W. Fletcher III
jfletcher@hnftlaw.com
Main: (704) 334-3400, ext 203
Direct: (704) 401-0003

The Addison Building
831 East Morehead Street
Suite 255
Charlotte, NC 28202

*\*\* CONFIDENTIALITY NOTICE \*\**
*This communication, including any attachments, is from Henderson,Nystrom,Fletcher & Tydings, PLLC, and contains confidential information intended only for the addressee(s). The information contained in this transmission may also be privileged and/or subject to attorney work-product protection, and exempt from disclosure under applicable law. If you are not the intended recipient, any use, dissemination, distribution or copying of this document or its contents is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail immediately and destroy all copies of the original message.*
*IRS Circular 230 Notice: Federal regulations apply to written communications (including emails) regarding federal tax matters between our firm and our clients. Pursuant to these federal regulations, we inform you that any U.S. federal tax advice in this communication (including any attachments) is not intended or written to be used, and cannot be used, by the addressee or any other person or entity for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code.*

\*\* To Prevent internet/wiring fraud: OUR FIRM DOES NOT ACCEPT CERTIFIED CHECKS AND ALL FUNDS MUST BE WIRED. PLEASE CONFIRM ALL WIRING INSTRUCTIONS RECEIVED BY OUR FIRM BY PHONE. WE WILL **NEVER** SEND AN EMAIL REVISING OUR WIRING INSTRUCTIONS.\*\*

**From:** Leah Kane [mailto:leahk@charlottelegaladvocacy.org]
**Sent:** Wednesday, April 24, 2019 4:38 PM
**To:** John Fletcher <JFletcher@HNFTLaw.com>; Sperati, Deborah E. <DSperati@poynerspruill.com>
**Cc:** Barnhill, Ginger <GBarnhill@poynerspruill.com>
**Subject:** RE: Foreclosure: First Citizens/Ricky Jones 5704 Bradford Lake Lane Charlotte

Thank you both for following up.

Deborah, I appreciate your comment about trying to resolve this now in a way that makes sense for everyone. Without making a specific proposal or offer, we would like this to be unwound. Some thoughts:

- Mr. Jones has strong claims against the lender/agent and damages will only increase if he loses his home. Those claims do not disappear if the sale is finalized nor do they disappear if we unwind this sale (unless there is a global resolution and waiver of claims).

1

- Obviously, if the bidder decides not to move forward, Mr. Jones' equity of redemption and bankruptcy filing period would be in essence reinstated. I suspect the bidder would demand to be released from any contractual liability and perhaps compensated for expenses.
- Foreclosure is not inevitable if Mr. Jones' equity of redemption period is reinstated. There are a number of options: 1) Mr. Jones' modification application could be properly processed as Cenlar promised. 2) The bank could agree to reinstate Mr. Jones and waive his arrears (in the neighborhood of $10,000 or so) and compensate for other expenses; 3) Mr. Jones could file affirmative claims and defenses and seek a TRO; 4) Mr. Jones could file bankruptcy and bring an AP regarding his claims.
- Mr. Jones could redeem/reinstate.
- If the foreclosure finalizes the bank can compensate him for the value of his home, lost equity, damages, etc.

Resolving this now will substantially reduce fees, costs, and liability on all sides.

**From:** John Fletcher <JFletcher@HNFTLaw.com>
**Sent:** Wednesday, April 24, 2019 3:48 PM
**To:** Sperati, Deborah E. <DSperati@poynerspruill.com>; Leah Kane <leahk@charlottelegaladvocacy.org>
**Cc:** Barnhill, Ginger <GBarnhill@poynerspruill.com>
**Subject:** RE: Foreclosure: First Citizens/Ricky Jones 5704 Bradford Lake Lane Charlotte

Thank you Deborah:

I did reach the closing attorney and have made the request that they not close tomorrow---and asked that they return the Trustee's deed.

The closing attorney did ask if I was declaring the sale to be null and void, to which I said no.

He further remarked that his client's right to purchase the property was fixed as of the expiration of the ten day upset bid period, and was not willing to do anything without consulting his client. He said he would ask if the closing could be postponed and would let me know. That conversation was a couple of hours ago.

At this moment, I await his call. I was promised a response before the end of the day.

I'll be sure to let you both know just as soon as I know what the buyer's position is.

John

**From:** Sperati, Deborah E. [mailto:DSperati@poynerspruill.com]
**Sent:** Wednesday, April 24, 2019 3:32 PM
**To:** John Fletcher <JFletcher@HNFTLaw.com>; Leah Kane <leahk@charlottelegaladvocacy.org>
**Cc:** Barnhill, Ginger <GBarnhill@poynerspruill.com>
**Subject:** RE: Foreclosure: First Citizens/Ricky Jones 5704 Bradford Lake Lane Charlotte

Thanks so much John,

I'm just checking in for an update if you have one since your email early this morning. Did you contact the closing attorney and if so, is the buyer willing to consent to you recalling the deed? I want to add briefly to your comments below that I'm not 100% sure how a TRO would work since the validity of the foreclosure action itself is not in question. The Findings and Order entered by the clerk are res judicata now that the appeal period has passed. Any claim by Mr. Jones based on the allegations that Ms. Kane has laid out would be ancillary, presumably a federal action under CFPB, not a defense to the foreclosure. I am sure we all understand this, I just felt better putting it in writing. My understanding at this point is that if the buyer agreed to cancel the closing, then John would recall the deed, file a motion to set aside the sale, file an amended notice of sale, and sell it again, so there is no question as to whether Mr. Jones would be able to make a claim against the lender regarding handling of his loss mitigation application. It would allow him time to file bankruptcy, if that is his goal, but otherwise it would simply delay the inevitable foreclosure of this property and substantially increase the amount of fees and costs that will be added to the account balance. I am hopeful we can all come to a resolution that makes sense in this case. Thanks everyone.

**Deborah E. Sperati | Partner**



130 S. Franklin Street, Rocky Mount, NC 27804
P.O. Box 353, Rocky Mount, NC 27802-0353
D: 252 972 7095 | F: 252 972 7045

FCBDocs-000004

From: John Fletcher [mailto:JFletcher@HNFTLaw.com]
Sent: Wednesday, April 24, 2019 7:02 AM
To: Leah Kane <leahk@charlottelegaladvocacy.org>; Sperati, Deborah E. <DSperati@poynerspruill.com>
Subject: RE: Foreclosure: First Citizens/Ricky Jones 5704 Bradford Lake Lane Charlotte

Leah and Deborah;

Good morning to you both.

I'm following up on my conversations with both of you yesterday and if necessary to further clarify my position in this matter.

First, as I advised Leah, we have learned that the buyer's firm (Honeycutt law) has scheduled a closing for April 25th, which is tomorrow.

As I have previously stated, I sent the Trustee's deed to that firm on or about April 10th. Our instructions were that this deed should be held in escrow, and not recorded, until such time as all remaining funds are paid to the lender. I presume that the deed resides in the Honeycutt Firm's file awaiting the closing.

On behalf of Mr. Jones, Leah has requested that I recall the Trustee's deed, citing the facts as stated in her first e-mail and which relate to Mr. Jones' concurrent efforts to do a loan modification, and also citing the Sprouse v. North River Ins. Co. case as authority for the proposition that the deed has not yet been "delivered". All have agreed that once "delivery" occurs, ownership of the subject real property is transferred.

On behalf of the lender, Deborah has let me know that the lender and its agent differ as to the facts related to Mr. Jones' efforts to complete a loan modification. Also, the lender takes the position that when the upset bid period ended, the parties' rights ( and obligations) became fixed, such that the high bidder is obligated to close, and the Trustee is obliged to deliver a deed. The high bidder ( Carolinas Properties) would have a right to insist that the Trustee deliver the deed and I think would have some argument that if such action is not taken, the lender and Trustee may be liable. Of course, as already stated, the high bidder's counsel already has the deed in its' counsel's possession.

In my Trustee's position of neutrality obviously I am unable to take a position for either side. I have though more about what to do, and insofar as this matter forces me to make determinations of fact and law, I have sought guidance from others, including the North Carolina State Bar. The consensus is that I do not have the duty or even authority to make such decisions in the Trustee's role.

There is a remedy available, which is to put the matter before a Superior Court judge and obtain a TRO while this situation is sorted out. Leah and I discussed this option last night.

*I did advise Leah that, notwithstanding all of the above, I would agree to contact the closing firm today and request that the Trustee's deed be recalled, and that the closing not take place. I would not undertake that action until and unless Leah authorized it. My reasoning is that if they so choose, the buyer could instruct the closing firm to accelerate their transaction and fund the deal immediately. Once that occurred, then, under anyone's definition, I think "delivery" of the deed would have occurred and ownership transferred. On the other hand, the buyer may decide to place everything on hold rather than risk taking the property with a possible cloud on the title.

As I have advised Leah, I have an 8:00 a meeting down at SouthPark, and will be indisposed until approximately 9:15. I will be at your disposal after that and would look forward to further conversations as needed.

Regards,

John



John W. Fletcher III
jfletcher@hnftlaw.com
Main: (704) 334-3400, ext 203
Direct: (704) 401-0003

The Addison Building
831 East Morehead Street
Suite 255
Charlotte, NC 28202

hnftlaw.com

** CONFIDENTIALITY NOTICE **
This communication, including any attachments, is from Henderson,Nystrom,Fletcher & Tydings, PLLC, and contains confidential information intended only for the addressee(s). The information contained in this transmission may also be privileged and/or subject to attorney work-product protection, and exempt

3

Loan Number: 0035651660                    Borrower Name: JONES,RICKY D

```
DLQ1 0035651660    ____   Q9   D E L I N Q U E N C Y  OWNR     04/19/19  11:29:08
16    CONV. PMI          PER/CLS/OFF  F/ /YC AGE: 11Y  1M IR:  2.00000 INV: Z15
DUE( 15)     9,915.71  DUE 02/01/18( 2)(05/17R) ASSUM:         ACQ:05/25/13
LATE CHRG      142.65  PAYMT      @    667.52 P: 5704 BRADFORD LAKE L
BAD CK FEES       .00  L/C AMT          15.85    CHARLOTTE NC 28269
OTHER FEES        .00  PAYMT + LC      683.37 M:
TOT DUE    10,058.36  PRIN BAL   118,196.16
SUSPENSE         .00  P&I             396.33    5704 BRADFORD LAKE LANE
NET DUE    10,058.36  DLQ 10 TIME,PAY 37 DAY    CHARLOTTE NC 28269
C/S 005   RICKY D JONES          HO HOME NUMBER     704-969-6301
C/D 03/14                        CO CELL NUMBER     202-257-3362 EXT CELL
                    *FINANC'L*
-IMD:N--------------------- * ADDITIONAL MESSAGES * ----------------WU: P ----
COMBINED 2ND MTG: ORIG AMT = 127200, INT RATE = 0.000%, PRIN BAL = 5685.17
ADD'L 2ND MTG DATA:DEF BAL IND = P,PRIN RD =.00,PRIN FB = 5685.17
 -COM2---------------------* COMMENTS *------------------------------------
 DATE  USR            CONTACT RESPONSE REASON RECALL      F/B  REMIND

090613 DXD <## M1 IS DISABLED##**919) 783-6400-FC ATTORN POYNER>
        < SPRUILL**                                  >
041819 *** <REPORTED TO MI COMPANY (S-23K)           >
041119 PAN B1 TEL OFFICE REFER TO REO
041119 PAN <FC SHERIFF SALE HELD ON 3/18/19. TRN CALL TO      >
```

FCBDocs-000035

Loan Number: 0035651660                                      Borrower Name: JONES,RICKY D

```
NOTS 0035651660          CONSOLIDATED NOTES LOG           04/22/19  11:30:39
RD JONES       L:R F:A B:   R:       DUE 02/01/18   TYPE CONV. PMI
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
     MSR Y YEN Y
-----------------------------* PF8 FOR MORE *-----------------------------
SER 022119 CT3 CLIENT INQUIRY - PER CLIENT THE FC SALE IS SCHEDUL CMLCOM
               ED FOR MARCH 18TH, THEY WILL NOT PLACE THE ACCOUN
               T ON HOLD FOR LOSS MITIGATION AT THIS POINT.  EMAI
               LED LM AND FC TO MAKE AWARE.
LMT 022119 JEH CONFIRMED WITH UNDERWRITER UBAF FORM IS
               NOT CORRECT FIRST CITIZENS FORM WHICH HAD
               BEEN SENT TO THE BORROWER.
               - PACKAGE IS THEREFORE INCOMPLETE.
               - REMOVING WORKSTATION AND SENDING OUT LM307
               LETTER
               - CAN REAPPLY WITH COMPLETE UPDATED PACKAGE
               TO INCLUDE CORRECT FIRST CITIZENS UBAF FORM.
COL 021919 MEL TEL RES        MESSAGE COMPLETE
LMT 021519 JEH FORM MAY NOT BE FIRST CITIZEN FORM...
LMT 021519 JEH PACKAGE APPEARS TO BE COMPLETE, EMAIL TO
               UNDERWRITER.
```

FCBDocs-000036

# MSP® Explorer: Consolidated Notes Log (NOTS)

## 300 - CENTRAL LOAN ADMINISTRATION & REPORTING

Loan Number: 0035651660                          Borrower Name:  JONES,RICKY D

```
NOTS 0035651660        CONSOLIDATED NOTES LOG        04/22/19  11:31:27
RD JONES       L:R F:A B:  R:        DUE 02/01/18   TYPE CONV. PMI
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
      MSR Y YEN Y
-----------------------------* PF8 FOR MORE *-----------------------------
TSK 022219 MLE  A SUP                                              COLX13
SER 022219 @@@ CPI TELEVOICE ACCESS                         CPITV
COL 022219 CBH B1 TEL OFFICE DISCUSSED LOSS MIT
COL 022219 CBH VERIFIED ACC, DISCUSSD LM MISSING DOCS, ADVISE FRST
               CITIZEN BANK FOR NEEDED, HE STATED HE HAS NEVER RCV
               ANY FIRST CITIZEN FORM WLL GO TO BANK FOR COPY
SER 022219 @@@ CPI TELEVOICE ACCESS                         CPITV
SER 022119 CT3 CLIENT E-MAIL PRE-FORECLOSURE                 CMLFCC
SER 022119 CT3 CLIENT E-MAIL LOSS MITIGATION                 CMLMIT
SER 022119 CT3 CLIENT EMAIL FOLLOW UP SENT                   CMLFUP
               EM CLIENT TO MAKE AWARE BUSINESS UNITS HAVE BEEN M
               ADE AWARE, INQUIRY RESOLVED.
SER 022119 CT3 CLIENT E-MAIL COMPLETE                        CMLCOM
               CLINQ# 190510267
               CLIENT - MILLER, STACEY <STACEY.MILLER@FIRSTCITIZE
               NS.COM>
```

FCBDocs-000037

```
NOTS 0035651660          CONSOLIDATED NOTES LOG          04/22/19  11:31:33
RD JONES      L:R F:A B:  R:      DUE 02/01/18   TYPE CONV. PMI
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
      MSR Y YEN Y
-----------------------------* PF8 FOR MORE *---------------------------------
COL 022519 JJL INTERRUPTE ME, STARTED RAISING HIS VOICE..ADV BR
               NOT NEED TO YELLING, BR CONTINUE  RAISING VOICE,
               TERMINATED CALL.
COL 022519 JJL              DEMOGRAPHICS VERF
COL 022519 JJL              CELL PHONE AUTH
SER 022519 MUR CALL TRANSFERRED TO COLLECTIONS              SERXCO
               B1 CALLED RE DOCS NEEDED FOR LOSS MIT
SER 022519 EZP **PER COLX F/U CALLED HOME# N/A, CALL CELL LINE AN
               D VOICE MAIL BOX NOT YET SET UP NO MSG LEFT
COL 022519 EZP TEL RES      NO ANSWER
COL 022519 EZP TEL 2ND #    NO MESSAGE LEFT
SER 022219 SXJ LOSS MIT DENIAL REPORT LWD 2/22/19 LOANS RECLASSED
               FROM 17T25 TO 16N52
TSK 022219 MLE PLEASE CALL BWR 704 969 6301 HE IS UPSET THAT HE I  COLX13
               S GETTING THE RUN AROUND AND HE HAS SENT DOCS OVER
               AND OVER I GAVE HIM THE CORRECT INFO BUT HE WANTS
```

FCBDocs-000038

Loan Number: 0035651660                                      Borrower Name: JONES,RICKY D

```
NOTS 0035651660          CONSOLIDATED NOTES LOG              04/22/19  11:31:37
RD JONES        L:R F:A B:  R:        DUE 02/01/18   TYPE CONV. PMI
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
     MSR Y YEN Y
-------------------------------* PF8 FOR MORE *--------------------------------
SER 022819 CT3 ATED CLIENT.  INQUIRY RESOLVED.                     CMLCOM
LMT 022719 MT2 NON-RETENTION CHECKLIST RECEIVED BY FAX
LMT 022719 MT2 MISCELLANEOUS RECEIVED BY FAX
LMT 022719 MT2 ASSET FINANCIAL STATEMENT (FROMAM200 PKG) RECEIVED
               BY FAX
LMT 022719 MT2 3RD PARTY AUTHORIZATION RECEIVED BY FAX
LMT 022719 MT2 LETTER SENT    LM002 Acknowledge W/O Pkg Rec'd
LMT 022719 MT2 MISCELLANEOUS RECEIVED BY FAX
LMT 022719 MT2 ASSET FINANCIAL STATEMENT (FROMAM200 PKG) RECEIVED
               BY FAX
LMT 022719 MT2 3RD PARTY AUTHORIZATION RECEIVED BY FAX
COL 022519 JJL B1 TEL OFFICE NO PAY
COL 022519 JJL LMJJL: BR CLLD, ADV LOAN ON ACTIVE FC, SALE DATE
COL 022519 JJL 02/04/19, GAV EFC ATTOTNEY NAME, NO PH# AT TIME OF
               THE CALL..BR STATE HE TRYIG TO DO A LOAN MOD,
               HAVENT'M HEARDS..TRIED TO ADV BR ON FC SALE, BR
```

FCBDocs-000039

**Loan Number:** 0035651660                    **Borrower Name:** JONES,RICKY D

```
NOTS 0035651660          CONSOLIDATED NOTES LOG          04/22/19  11:31:43
RD JONES        L:R F:A B:  R:      DUE 02/01/18   TYPE CONV. PMI
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
    MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
    MSR Y YEN Y
-------------------------------* PF8 FOR MORE *--------------------------------
COL 030419 MSS B1 CALLED IN ADVISED OF F/C SALE DATE FOR 2/4/19 BO
              RR STATED SALE DATE IS NOT UNTIL 3/18/19 ADVISED OF
              LM DOCS RECVD IN OPENER REVW PKG NOT YET DEEMD COM
SER 030419 @@@ CPI TELEVOICE ACCESS                         CPITV
SER 030219 @@@ CPI TELEVOICE ACCESS                         CPITV
SER 022819 CT3 CLIENT EMAIL FOLLOW UP SENT                  CMLFUP
SER 022819 CT3 CLIENT E-MAIL LOSS MITIGATION                CMLMIT
SER 022819 CT3 CLIENT E-MAIL COMPLETE                       CMLCOM
              CLINQ# 190590245
              CLIENT - MILLER, STACEY <STACEY.MILLER@FIRSTCITIZE
              NS.COM>  FIRST CITIZENS BANK
              PER CLIENT WE ARE STILL TAKING DOCS FOR LM.   FC SA
              LE IS SCHEDULED FOR 3/18/19 WHICH IS LESS THAN 37
              DAYS PRIOR TO SALE, THEY WILL NOT PLACE ON HOLD AN
              D CAN'T GUARANTEE IF LM IS COMPLETED IT WILL BE RE
              VIEWED BEFORE FC SALE. EM LM TO MAKE AWARE AND UPD
```

FCBDocs-000040

**Loan Number:** 0035651660      **Borrower Name:** JONES,RICKY D

```
NOTS 0035651660        CONSOLIDATED NOTES LOG        04/22/19  11:31:50
RD JONES        L:R F:A B:  R:        DUE 02/01/18   TYPE CONV. PMI
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
     MSR Y YEN Y
-----------------------------* PF8 FOR MORE *--------------------------------
LMT 030619 MET -GENERAL PROOF OF HARDSHIP, 11/26/2018, EXPIRES
               02/24/2019
FOR 030619 CCS FORECLOSURE TIMELINE REVIEW                      FORRVW
               ***CLIENT MANAGED***CLIENT ADVIED SALE WAS POSTPON
               ED TO 03/18/19
FOR 030519 CCS FORECLOSURE TIMELINE REVIEW                      FORRVW
               ***CLIENT MANAGED***EMAIL SENT TO CLIENT RE CURREN
               T STATUS OF THIS FC. WAS THE HEARING HELD ON 02/18
               /19? DO WE HAVE A SALE DATE SCHEDULED?
COL 030419 MSS                 SUPERVISOR CALL
COL 030419 MSS BORR WAS UPSET ABOUT L/M 5 DAY OPENER REVW XFERED T
               O SPV PER REQST BORR STATED HE WANTS A UPDATE FROM
               LM TODAY
COL 030419 MSS                 SUPERVISOR CALL
COL 030419 MSS                 DEMOGRAPHICS VERF
COL 030419 MSS B1 TEL OFFICE VERIFIES HP#
```

FCBDocs-000041

Loan Number: 0035651660                    Borrower Name:  JONES,RICKY D

```
NOTS 0035651660            CONSOLIDATED NOTES LOG            04/22/19  11:31:54
RD JONES        L:R F:A B:  R:      DUE 02/01/18   TYPE CONV. PMI
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
     MSR Y YEN Y
------------------------------* PF8 FOR MORE *---------------------------------
LMT 030619 MET 02/24/2019
LMT 030619 MET RECEIVED
               -INCOME AND/OR EXPENDITURE FORMS, 02/06/2019 TO
               02/06/2019, EXPIRES 05/07/2019
               -BANK STATEMENTS, 10/02/2018 TO 12/03/2018,
               EXPIRES 03/03/2019, COMPLETE
               -PROOF OF HOME OWNER ASSOCIATION (HOA), 12/01/2018
               TO 12/01/2018, EXPIRES 12/31/2018
               -INSURANCE DECLARATION, 12/15/2018, EXPIRES
               12/15/2019
               -TAX RETURN WITH ALL SCHEDULES, 2017, EXPIRES
LMT 030619 MET 04/15/2019
               -SOCIAL SECURITY BENEFITS STATEMENT, 11/16/2018,
               EXPIRES 11/16/2019
               -DISABILITY BENEFITS STATEMENT, 01/30/2019,
               EXPIRES 01/30/2020
```

FCBDocs-000042

Loan Number: 0035651660                          Borrower Name:  JONES,RICKY D

```
NOTS 0035651660          CONSOLIDATED NOTES LOG          04/22/19  11:32:01
RD JONES        L:R F:A B:   R:       DUE 02/01/18   TYPE CONV. PMI
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y ,DATE: MMDDYY  PRINT: _
     MSR Y YEN Y
-------------------------------* PF8 FOR MORE *--------------------------------
LMT 030619 MET RECEIVED
               -INCOME AND/OR EXPENDITURE FORMS, 02/06/2019 TO
               02/06/2019, EXPIRES 05/07/2019
               -BANK STATEMENTS, 10/02/2018 TO 12/03/2018,
               EXPIRES 03/03/2019, COMPLETE
               -PROOF OF HOME OWNER ASSOCIATION (HOA), 12/01/2018
               TO 12/01/2018, EXPIRES 12/31/2018
               -INSURANCE DECLARATION, 12/15/2018, EXPIRES
               12/15/2019
               -TAX RETURN WITH ALL SCHEDULES, 2017, EXPIRES
LMT 030619 MET 04/15/2019
               -SOCIAL SECURITY BENEFITS STATEMENT, 11/16/2018,
               EXPIRES 11/16/2019
               -DISABILITY BENEFITS STATEMENT, 01/30/2019,
               EXPIRES 01/30/2020
               -GENERAL PROOF OF HARDSHIP, 11/26/2018, EXPIRES
```

FCBDocs-000043

```
NOTS 0035651660          CONSOLIDATED NOTES LOG           04/22/19  11:32:05
RD JONES        L:R F:A B:  R:       DUE 02/01/18    TYPE CONV. PMI
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
      MSR Y YEN Y
-------------------------------* PF8 FOR MORE *-------------------------------
SER 030819 DLJ NS.COM> FIRST CITIZENS BANK                       CMLCOM
               PER EM FROM CLIENT THEY REV NOTES AND SEE A FACI
               ALLY COMPLETE PACKAGE WAS RECEIVED ON 03/06/19. FC
               SALE IS SCHEDULED FOR 3/18/19 AND THEY WILL NOT
               PLACE ON HOLD DUE TO LOSS MITIGATION, IT IS WITHIN
               37 DAYS PRIOR TO FC SALE.  FORW EM TO BOTH LM AND
               FC.  EM CLIENT TO INFORM.
SER 030619 JAV CHECK FOR MODIFICATION PROCESS                    FLDAPR
LMT 030619 MET LM056 WAS ORIGIANLLY GENERATED ON 03/05/19. BITB S
               SHUTDOWN IN ERROR, REOPENED FILE SO NOTES CAN MAP
               OVER IN LMTN.LM056 GENERATED ON 03/06/19 WAS
               PLACED ON LETTER PULL TRACKER.
               FEDEX-774632418348
LMT 030619 MET FACIALLY COMPLETE PACKAGE RECEIVED                FACCMP
LMT 030619 MET LM CHECKED DOD WEBSITE, BORROWER NOT IN ACTIVE DUT LMNDOD
               Y STATUS***
```

FCBDocs-000044

Loan Number: 0035651660                    Borrower Name: JONES,RICKY D

```
NOTS 0035651660        CONSOLIDATED NOTES LOG        04/22/19  11:32:10
RD JONES          L:R F:A B:  R:         DUE 02/01/18    TYPE CONV. PMI
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
     MSR Y YEN Y
------------------------------* PF8 FOR MORE *--------------------------------
SER 031119 KBW CLIENT EMAIL/RE: POST FORCLOSURE            CMLFOR
SER 031119 KBW CLIENT E-MAIL COMPLETE                      CMLCOM
               CLINQ #190700419
               CLIENT: MILLER, STACEY (STACEY.MILLER@FIRSTCITIZEN
               S.COM) WITH FIRST CITIZENS BANK. PER CLIENT: PLEAS
               E PROVIDE A PAY4 SCREEN SHOT GOOD THROUGH THE FORE
               CLOSURE SALE DATE OF 3/18/2019. PLEASE INCLUDE ANY
               BREAKDOWN OF FEES. REC'D REQUEST AND FORWARDED TO
               THE FORECLOSURE UNIT TO PROVIDE. NOTIFIED CLIENT
               OF STATUS UPDATE. INQUIRY PENDING.
SER 030819 DLJ CLIENT EMAIL FOLLOW UP SENT                 CMLFUP
SER 030819 DLJ CLIENT E-MAIL PRE-FORECLOSURE               CMLFCC
SER 030819 DLJ CLIENT E-MAIL LOSS MITIGATION               CMLMIT
SER 030819 DLJ CLIENT E-MAIL COMPLETE                      CMLCOM
               CLINQ# 190660189
               CLIENT - MILLER, STACEY <STACEY.MILLER@FIRSTCITIZE
```

FCBDocs-000045

```
NOTS 0035651660           CONSOLIDATED NOTES LOG          04/22/19  11:32:15
RD JONES        L:R F:A B:  R:        DUE 02/01/18   TYPE CONV. PMI
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
     MSR Y YEN Y
----------------------------* PF8 FOR MORE *----------------------------------
LMT 031419 GKG LM QA REVIEW COMPLETE - INCOMPLETE PACKAGE        LMQAIN
               REVIEW FOR ESCALATION
SER 031219 DLJ CLIENT E-MAIL COMPLETE                 ,          CMLCOM
               CLINQ#190660189
               REC'D EM FROM LM OPENING INSTRUCTING U W TO CLOSE
               THEIR REVIEW BASED ON CLIENT EMAIL.  EM CLIENT TO
               MAKE AWARE, INQUIRY REMAINS RESOLVED.
SER 031219 DLJ CLIENT EMAIL FOLLOW UP SENT                      CMLFUP
SER 031219 DLJ CLIENT E-MAIL LOSS MITIGATION                    CMLMIT
SER 031219 DLJ CLIENT E-MAIL COMPLETE                .          CMLCOM
               CLINQ#190660186
               PER FC THIS IS A CLIENT HANDLED FC...WILL FOLLOW C
               LIENT INSTRUCTION.  EM FROM CLIENT ADVISED THEY WI
               LL CONTINUE TO MOVE FORWARD WITH FC SALE. WILL NOT
                EXTEND DATE FOR LM.  PROVIDED CLIENT EM TO LM TO
               MAKE AWARE.  INQUIRY RESOLVED.
```

FCBDocs-000046

Loan Number: 0035651660                                    Borrower Name:  JONES,RICKY D

```
NOTS 0035651660          CONSOLIDATED NOTES LOG            04/22/19  11:32:21
RD JONES          L:R F:A B:   R:       DUE 02/01/18   TYPE CONV. PMI
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y DATE: MMDDYY  PRINT: _
     MSR Y YEN Y
-------------------------------* PF8 FOR MORE *--------------------------------
SER 031819 DLJ CLIENT EMAIL FOLLOW UP SENT                    CMLFUP
SER 031819 DLJ CLIENT E-MAIL LOSS MITIGATION                  CMLMIT
SER 031819 DLJ CLIENT E-MAIL COMPLETE                         CMLCOM
               CLINQ#190660189
               CLINQ REOPENED.  EM LM TO MAKE AWARE STILL OPEN PE
               NDING RESPONSE TO BE PROVIDED TO THE CLIENT, FOLLO
               WED UP TO SEE IF THEY WERE ABLE TO SPEAK WITH THEM
                PER THE CLIENT REQUEST.
COL 031819 *** REPORTED TO MI COMPANY (S-23K)
SER 031519 DLJ CLIENT E-MAIL COMPLETE                         CMLCOM
               CLINQ#190660189
               PER LM THE LM056 HAS BEEN ISSUED TO THE BORROWER C
               AN'T PROCEED WITH FC AT THIS TIME. EM LM ASKING TO
                PLEASE MAKE SURE WE ARE ADHERING TO ANY REMAINING
               DEADLINES. EM CLIENT TO MAKE AWARE FC NOT ABLE TO
               PROCEED AT THIS TIME.
```

FCBDocs-000047

**Loan Number: 0035651660**                    **Borrower Name:  JONES,RICKY D**

```
NOTS 0035651660          CONSOLIDATED NOTES LOG          04/22/19  11:32:27
RD JONES         L:R F:A B:  R:      DUE 02/01/18   TYPE CONV. PMI
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
    MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
    MSR Y YEN Y
-------------------------------* PF8 FOR MORE *---------------------------------
SER 032019 ATF SHUTTING DOWN FILE- SALE WAS HELD ON 03/18/19
               CANNOT PROCEED WITH LM RVW AT THIS TIME
SER 032019 DLJ CLIENT E-MAIL COMPLETE                               CMLCOM
               CLINQ# 190660189
               DM REC'D EM FROM CLIENT STATING TO ADVISE LM PER T
               HEIR MANAGER MEGHAN PRIDEMORE THE FC WASN'T PLACED
                ON HOLD DUE TO NUMEROUS TIMES THAT CENLAR WAS ADV
               ISED OF THE SALE DATE AND DID NOT LISTEN TO THEIR
               REQUEST, THEY WERE MOVING FORWARD WITH THE SALE.
               THEY WENT TO SALE ON 3/18, A 3RD PARTY BIDDER WAS
               THE HIGH BIDDER AT THE SALE. EM LM TO MAKE AWARE.
               INQUIRY RESOLVED.
FOR 031819 CCS FORECLOSURE TIMELINE REVIEW                          FORRVW
               ***CLIENT MANAGED***CLIENT ADVISED SALE HELD 03/18
               /19 SOLD 3RD PARTY FOR $96,076.00 UPSET BID ENDS 0
               3/28/19 5PM
```

FCBDocs-000048

Loan Number: 0035651660                                   Borrower Name:  JONES,RICKY D

```
NOTS 0035651660          CONSOLIDATED NOTES LOG          04/22/19   11:32:33
RD JONES       L:R F:A B:   R:       DUE 02/01/18   TYPE CONV. PMI
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT:  _
     MSR Y YEN Y
-----------------------------* PF8 FOR MORE *--------------------------------
SER 040919 @@@ CPI TELEVOICE ACCESS                        CPITV
SER 040819 @@@ CPI TELEVOICE ACCESS                        CPITV
PIR 040819 DSH UPDATE:                                     PRPUPD
               WORKING CLAIMS PAYMENT UTILITIES REPORT****
               PROP PRES NOT PAYING UTILITIES FOR PROPERTY.
               UTILITIES WAS NOT TRANSFERRED INTO CENLAR NAME.
SER 040519 LJL PROPERTY PRESERVATION FOLLOW-UP             PRPFUP
               CLOSED TASK: CANPRP, VENDOR CODE = 000000
SER 040219 DKG AUTO TERMINATION EXCEPTION                  PMITDX
TSK 040219 CCS PROPERTY REVERED TO A 3RD PARTY PLEASE CANCEL PROP       CANPRP
                PRESERVATION WORK BUT CONTINUE WITH INSSPECTIONS
               IF APPLICABLE
TSK 040219 CCS CANCELLED PROPERTY PRESERVATION WORK        CANPRP CANPRP
FOR 040119 CCS FORECLOSURE TIMELINE REVIEW                 FORRVW
               ***CLIENT MANAGED***CLIENT ADVISED SALE HELD CONFI
               RMED SOLD 3RD PARTY
```

FCBDocs-000049

**Loan Number: 0035651660**        **Borrower Name:** JONES,RICKY D

```
NOTS 0035651660           CONSOLIDATED NOTES LOG           04/22/19  11:32:38
RD JONES        L:R F:A B:  R:       DUE 02/01/18   TYPE CONV. PMI
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y DATE: MMDDYY  PRINT: _
     MSR Y YEN Y
-------------------------------* PF8 FOR MORE *--------------------------------
SER 041019 SYK T ANY MONEY FOR THIS LOAN FROM MR. JONES.MR. JONES CMLCOM
                HAS CALLED THE ATTORNEYS OFFICE UPSET AS WELL, CL
                AIMING HE WAS NOT NOTIFIED OF ANY OF THIS(FORECLOS
                URE ACTION), WILL IS NOT TRUE.
COL 040919 JMY HOUSE FORECLOSED PREVIOUS REP CONTACTED SUPR. APPEA
                RS INCOMPLETE PKG. WANTS HOME BACK
SER 040919 @@@ CPI TELEVOICE ACCESS                              CPITV
COL 040919 FXC                  CELL PHONE AUTH
COL 040919 FXC B1 TEL OFFICE DEMOGRAPHICS VERF
COL 040919 FXC LMFXC: LOAN IS IN F/C //INT TO KEEP//ADV OF
                CONSQ///BR CALLED IN STATING THAT HE WAS GOING
                THROUGH LOSS MIT AND HAD A COMPLETED PACKAGE BUT
COL 040919 FXC BR HOME WAS SOLD ON 3/18/19/// BR REQUESTED TOO
                HAVE A SUP CALL THEM BACK SENT EMAIL TO UPPER
                MANAGEMENT TO HAVE ESCALATED
SER 040919 @@@ CPI TELEVOICE ACCESS                              CPITV
```

FCBDocs-000050

```
NOTS 0035651660          CONSOLIDATED NOTES LOG              04/22/19  11:32:43
RD JONES         L:R F:A B: .R:          DUE 02/01/18   TYPE CONV. PMI
        ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
        MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y .DATE: MMDDYY  PRINT: _
        MSR Y YEN Y
-------------------------------* PF8 FOR MORE *-------------------------------
COL 041019 FXC TELEPHONED B1 DEMOGRAPHICS VERF
COL 041019 FXC LOAN ISIN F/C//OB CALL PLACED TO BR TO ADV THAT LET
               TER WAS SENT OUT IN ERROR //BR WANTES FOR UPPER MAN
               AGEMENT TO CALL HIM BACK TO FURTHER DISCUSS
SER 041019 SYK CLIENT E-MAIL PRE-FORECLOSURE - FYI              CMLFCC
SER 041019 SYK CLIENT EMAIL FOLLOW UP SENT                      CMLFUP
SER 041019 SYK CLIENT EMAIL/NOTATE INFO ON LOAN PER CLIENT      CMLNOT
SER 041019 SYK WAITING FOR THE 3RD PARTY TO CLOSE, AND WILL SEND
               FUNDS ONCE RECEIVED. NOTIFIED CLIENT LOAN UPDATED.
               NO FURTHER ACTION NEEDED FROM DM. INQUIRY RESOLVED
SER 041019 SYK CLIENT E-MAIL COMPLETE                           CMLCOM
               CLINQ#191000123
               CLIENT- FIRST CITIZENS BANK-MILLER, STACEY (STACEY
               .MILLER@FIRSTCITIZENS.COM) REC'D REQ FROM CLIENT,
               PLEASE MAKE SURE THE ACCOUNT IS NOTATED, THIS ACCO
               UNT WAS SOLD TO A 3RD PARTY, AND WE WILL NOT ACCEP
```

FCBDocs-000051

**Loan Number:** 0035651660                    **Borrower Name:** JONES,RICKY D

```
NOTS 0035651660          CONSOLIDATED NOTES LOG          04/22/19  11:32:48
RD JONES       L:R F:A B: R:       DUE 02/01/18   TYPE CONV. PMI
   ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
   MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
   MSR Y YEN Y
------------------------------* PF8 FOR MORE *------------------------------
SER 041219 DLJ CLIENT E-MAIL COMPLETE                            CMLCOM
               CLINQ#190660189
               PER LM THEY REACHED OUT TO THIS BORR AND INFORMED
               THEM THAT WE WILL NOT PROCEED WITH REVIEW OF THEIR
               LM PACKAGE AND THAT THE LM056 WAS ISSUED OUT TO T
               HEM IN ERROR.  THE BORR IS REQUESTING IN WRITING.
               BORR HAS CONTACTED THE ATTORNEY AND CENLAR STATIN
               G HE WAS NEVER NOTIFIED AND DEMANDING THIS BE FIXE
               D.  REACHED OUT TO SE ESCALATION TO SEE IF THEY AR
               E ABLE TO ASSIST.
COL 041119 PAN B1 TEL OFFICE REFER TO REO
COL 041119 PAN FC SHERIFF SALE HELD ON 3/18/19. TRN CALL TO
               REO DEPT X 7755.
SER 041119 @@@ CPI TELEVOICE ACCESS                             CPITV
COL 041019 PBS REVIEWED
COL 041019 PBS SENT EMAIL TO MANAGEMENT TEAM ABOUT THE SALE
```

FCBDocs-000052

**Loan Number:** 0035651660      **Borrower Name:** JONES,RICKY D

```
NOTS 0035651660         CONSOLIDATED NOTES LOG          04/22/19  11:32:52
RD JONES        L:R F:A B:  R:        DUE 02/01/18   TYPE CONV. PMI
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
    MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
    MSR Y YEN Y
-----------------------------* PF8 FOR MORE *-----------------------------
SER 041919 DLJ CLINQ#191060541                                    CMLCOM
               PER CLIENT THE EMAIL SHE SENT TO PROCEED WITH FC W
               AS IN ERROR.  EM LIT FC LETTING THEM KNOW NOT TO P
               ROCEED. EM CLIENT TO MAKE AWARE.
SER 041919 TVA ESCALATION CALL COMPLETED BY SERVICE EXCELLENCE    SEDESC
SER 041919 DLJ CLIENT E-MAIL COMPLETE                             CMLCOM
               CLINQ#191000264
               REACHED BACK OUT TO LM FOR AN UPDATE.
TSK 041819 TVA SERVICE EXCELLENCE TASK REFERRED TO ANOTHER DEPT   SVCROD PRELMT
SER 041819 TVA SERVICE EXCELLENCE - NO CONTACT MADE NO V/M LEFT   SEDNCT
               CALLED BWR BACK TO OBTAIN A COPY OF THE LETTER THA
               T HE STATES HE RECVD ADVISING HE WAS APPROVED FOR
               LM WORKOUT... NO ANSWER ... NO VM AVAIL
SER 041819 TVA ESCALATION CALL COMPLETED BY SERVICE EXCELLENCE    SEDESC
SER 041819 RKM SERVICE EXCELLENCE TASK ASSIGNED                   SVCATK
COL 041819 *** REPORTED TO MI COMPANY (S-23K)
```

FCBDocs-000053

Loan Number: 0035651660                         Borrower Name:  JONES,RICKY D

```
NOTS 0035651660              CONSOLIDATED NOTES LOG           04/22/19  11:32:59
RD JONES        L:R F:A B:  R:      DUE 02/01/18   TYPE CONV. PMI
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
     MSR Y YEN Y
------------------------------* PF8 FOR MORE *--------------------------------
COL 090613 DXD ## M1 IS DISABLED##**919) 783-6400-FC ATTORN POYNER
               SPRUILL**
SER 041919 TVA ESCALATION CALL COMPLETED BY SERVICE EXCELLENCE     SEDESC
               BORROWER SIGNED AUTHORIZATION TO SPEAK WITH HIS AT
               TORNEY
               LEAH KAINE ... 90 DAYS
SER 041919 TVA FROM MEM1:
               BORROWER SIGNED AUTHORIZATION TO SPEAK WITH HIS
               ATTORNEY LEAH KAINE ... 90 DAYS
SER 041919 RKM SERVICE EXCELLENCE INTAKE - BORROWER'S FAX IS NOT  SEDINQ
               GOING THROUGH TO LMTVA. PROVIDED MY FAX #
SER 041919 DLJ CLIENT EMAIL FOLLOW UP SENT                         CMLFUP
               CLINQ#191060541, REOPENED UNTIL CONF LIT HAS REC'D
               EM NOT TO PROCEED TO FC.
SER 041919 DLJ CLIENT EMAIL/DEFAULT LITIGATION REQUEST             CMLDFL
SER 041919 DLJ CLIENT E-MAIL COMPLETE                              CMLCOM
```

FCBDocs-000054

Loan Number: 0035651660                                      Borrower Name:  JONES,RICKY D

```
NOTS 0035651660          CONSOLIDATED NOTES LOG           04/22/19  11:32:59
RD JONES          L:R F:A B:  R:        DUE 02/01/18    TYPE CONV. PMI
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y OCP Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y PIR Y  DATE: MMDDYY  PRINT: _
      MSR Y YEN Y
-----------------------------* PF8 FOR MORE *--------------------------------
COL 090613 DXD ## M1 IS DISABLED##**919) 783-6400-FC ATTORN POYNER
               SPRUILL**
SER 041919 TVA ESCALATION CALL COMPLETED BY SERVICE EXCELLENCE      SEDESC
               BORROWER SIGNED AUTHORIZATION TO SPEAK WITH HIS AT
               TORNEY
               LEAH KAINE ... 90 DAYS
SER 041919 TVA FROM MEM1:
               BORROWER SIGNED AUTHORIZATION TO SPEAK WITH HIS
               ATTORNEY LEAH KAINE ... 90 DAYS
SER 041919 RKM SERVICE EXCELLENCE INTAKE - BORROWER'S FAX IS NOT   SEDINQ
               GOING THROUGH TO LMTVA. PROVIDED MY FAX #
SER 041919 DLJ CLIENT EMAIL FOLLOW UP SENT                         CMLFUP
               CLINQ#191060541, REOPENED UNTIL CONF LIT HAS REC'D
               EM NOT TO PROCEED TO FC.
SER 041919 DLJ CLIENT EMAIL/DEFAULT LITIGATION REQUEST             CMLDFL
SER 041919 DLJ CLIENT E-MAIL COMPLETE                              CMLCOM
```

FCBDocs-000055



**From:** Paul, Adrian S. [mailto:aspaul@Cenlar.com]
**Sent:** Tuesday, January 29, 2019 3:43 PM
**To:** Miller, Stacey
**Subject:** RE: Ricky Jones # 35651660

Classification: Confidential

Hi Stacey,

The process that was established by management and legal/compliance on our end is to keep the foreclosure on hold from the time the facially complete package letter is issued by the opening team until the file is either closed out as

1

FCBDocs-000244

incomplete if the underwriter determines that additional information is needed and the file is deemed incomplete (if documents are not received from the borrower within 30 days the file is closed) or until the appeal period has expired if the file is complete and can be underwritten and decisioned.

This file was deemed incomplete by underwriting after opening deemed it facially complete and I cannot deviate from the process which is why I advised to keep the FC on hold. As of right now it is still incomplete, nothing has come in since 1/14. If First Citizens wants to proceed a different way that's fine but Cenlar cannot be held liable for any issues that may arise from not following the normal process. We cannot issue the incomplete package denial until the 30 days listed on the missing items letter have passed.

Thank you,

**Adrian Paul**
Loss Mitigation Underwriter
Cenlar FSB
T: 609-883-3900 x7487
F: 609-718-5276
E: ASPaul@cenlar.com

This message has been marked as Confidential by **Paul, Adrian S.** on **Tuesday, January 29, 2019 3:43:23 PM.**

**From:** Miller, Stacey [mailto:stacey.miller@firstcitizens.com]
**Sent:** Tuesday, January 29, 2019 1:16 PM
**To:** Paul, Adrian S. <aspaul@Cenlar.com>
**Subject:** [External Email] Ricky Jones # 35651660
**Importance:** High

Adrian,

We had received request from Cenlar to place on hold until 2/13/19 to due a complete package, but I'm seeing notes on 1/14/19 that Cenlar is still missing the signed and dated First Citizens financial form, pages of bank statements for December, and more.

My hearing is scheduled for Monday, February 4, 2019, please confirm if we truly have a complete package. If the package is not complete we need to move forward with the foreclosure hearing scheduled.

**Stacey J Miller** | Default Analyst
Credit Resolution Group | First Citizens Bank
DAC 36 | 100 E Tryon Rd. | Raleigh, NC 27603
NMLS ID #1461063

919.716.8322 Phone
919.716.4601 Fax


First Citizens Bank
forever first™

2

Classification: Confidential

Good Morning Stacy ~

Following up regarding the upset bid that ended yesterday and if the sale is confirmed as below for 03/28/19.

SALE HELD 03/18/19 SOLD 3RD PARTY FOR $96,076.00 UPSET BID ENDS 03/28/19 5PM

Thank you

*Carol Siekmann*
**Foreclosure Team Leader**
Cenlar FSB, Tempe, AZ
☎**Office**- 480-961-3900 x 473152
✉CSiekmann@cenlar.com

This message has been marked as Confidential by **Siekmann, Carol** on **Friday, March 29, 2019 7:56:08 AM.**

---

**From:** Miller, Stacey [mailto:stacey.miller@firstcitizens.com]
**Sent:** Wednesday, March 06, 2019 5:25 AM
**To:** Siekmann, Carol <CSiekmann@Cenlar.com>
**Subject:** [External Email] RE: Ricky Jones # 35651660

Foreclosure sale is scheduled for 3/18/19, and I've already advised default management of the sale date and that we would not place the file on hold for loss mitigation. They notated the account.

Thanks,

**Stacey J Miller** | Default Analyst
Credit Resolution Group | First Citizens Bank
DAC 36 | 100 E Tryon Rd. | Raleigh, NC 27603
NMLS ID #1461063

919.716.8322 Phone
919.716.4601 Fax



**Note: Our unit within the Bank deals predominantly in loans and related agreements . It is not uncommon for our communications to contemplate proposed changes to certain terms of such loans. Accordingly please be advised that no agreement, commitment, promise, consent, offer,**

2

approval, representation, concession, statement, or warranty made in any such communication shall constitute a binding obligation on Bank, and no enforceable rights or liabilities, either express or implied, shall arise by reason thereof unless and until  any agreement reached between the recipient of this e-mail or anyone else and Bank is reduced to writing and signed by such person and an authorized officer of Bank before it is binding on any party.  The purpose of this communication is to collect a debt and under certain state consumer debt collection laws we may be defined as a debt collector.  Where that is the case any information obtained by us will be used for our debt collection purposes.

---

**From:** Siekmann, Carol [mailto:CSiekmann@Cenlar.com]
**Sent:** Tuesday, March 05, 2019 1:04 PM
**To:** Miller, Stacey
**Subject:** RE: Ricky Jones # 35651660

Classification: Confidential

Hello Stacey ~

Please advise the current status of this FC. Was the hearing held on 02/18/19? Do we have a sale date scheduled?

Thank you

*Carol Siekmann*
**Foreclosure Team Leader**
Cenlar FSB, Tempe, AZ
☏**Office**- 480-961-3900 x 473152
✉**CSiekmann@cenlar.com**

This message has been marked as Confidential by **Siekmann, Carol** on **Tuesday, March 05, 2019 11:04:14 AM.**

---

**From:** Miller, Stacey [mailto:stacey.miller@firstcitizens.com]
**Sent:** Wednesday, February 13, 2019 10:19 AM
**To:** Siekmann, Carol <CSiekmann@Cenlar.com>
**Subject:** [External Email] Ricky Jones # 35651660
**Importance:** High

I wanted to let you know we will continue with the foreclosure hearing scheduled for Monday 2/18/19. Looking at notes, Loss mitigation still does not have a complete package, therefore we will continue to move forward. We were advised to keep on hold until 2/13/19 , and he is still missing documents/ proof of workman's comp.

FCBDocs-000249