# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00445-GCM-DCK

| | |
|---|---|
| **RICKY D. JONES,** | |
| Plaintiff, | |
| v. | **ORDER** |
| **CENTRAL LOAN ADMINISTRATION AND REPORTING,** | |
| Defendant. | |

**THIS MATTER** comes before the Court on its own motion. Trial in this matter is presently set for May 2, 2022. Because a summary judgment motion remains pending, the Court concludes that the existing trial date is no longer feasible.

**IT IS THEREFORE ORDERED** that the trial in this matter is **CONTINUED**. The trial date will be reset by separate order if necessary.

**SO ORDERED**.

Signed: April 5, 2022

Graham C. Mullen
United States District Judge