IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV445-GCM

| RICKY D. JONES, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| FIRST-CITIZENS BANK & TRUST COMPANY and CENTRAL LOAN ADMINISTRATION & REPORTING a/k/a CENLAR FSB, | ) | |
| Defendants. | ) | |

This matter is before the Court upon its own motion. The parties are hereby directed to participate in a Judicial Settlement Conference with Magistrate Judge David Keesler. The above-captioned matter is hereby referred to Judge Keesler for a Judicial Settlement Conference, and the parties are directed to contact the Chambers of Judge Keesler forthwith at (704) 350-7430 to schedule the conference.

SO ORDERED.

Signed: May 16, 2022

Graham C. Mullen
United States District Judge