IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-445-GCM-DCK

| | |
|---|---|
| **RICKY D. JONES,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **CENTRAL LOAN ADMINISTRATION AND REPORTING, a/k/a CENLAR FSB,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 63) of the Honorable Graham C. Mullen, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference, and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene on Thursday, **July 21, 2022**, at 9:30 a.m. in Courtroom #1A of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**SO ORDERED**.

Signed: May 20, 2022

David C. Keesler
United States Magistrate Judge