# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00445-GCM-DCK

| | |
|---|---|
| RICKY D. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL LOAN ADMINISTRATION AND REPORTING,<br><br>    Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. This case is set for trial on August 8, 2022. The parties are to attend a judicial settlement conference before the Honorable David C. Keesler on July 21, 2022. The Court concludes that the trial must be reset in order to focus the parties' attentions on settlement negotiations, and to permit adequate time to prepare for trial in the event that the case does not settle.

**IT IS THEREFORE ORDERED** that the trial in this case is **RESET** to the regular November term, beginning on November 14, 2022 at 10:00 am.

**SO ORDERED**.

Signed: June 14, 2022

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge