IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV445-GCM

RICKY D. JONES,                          )
                                         )
          Plaintiff,                     )
                                         )
vs.                                      )          ORDER
                                         )
CENTRAL LOAN ADMINISTRATION              )
& REPORTING a/k/a CENLAR FSB,            )
                                         )
          Defendant.                     )
_____  )

This matter is before the Court upon Defendant Cenlar's Motion to Exclude Expert

Testimony of Michael M. Christo, M.D. (Doc. No. 37). The motion has been fully briefed and is

ripe for disposition.

Cenlar seeks to exclude Plaintiff's treating psychiatrist's testimony on the ground of

relevancy. Specifically, Cenlar argues Dr. Christo's deposition testimony does not reveal medical

opinions that are relevant to a determination of whether Plaintiff has suffered injuries caused by

the actions of the Defendant. Plaintiff has designated Dr. Christo as a non-retained expert

witness. The Court finds that as a treating physician, Dr. Christo is in a unique position to testify

as to his observations of the Plaintiff's mental state during the relevant time period. His opinion

that major life stressors, such as the foreclosure, play a role in whether Plaintiff becomes more

depressed or more anxious supports Plaintiff's allegations and are highly relevant to Plaintiff's

case.  Accordingly,

     IT IS THEREFORE ORDERED that Defendant's Motion to Exclude Expert Testimony

of Michael M. Christo, M.D. (Doc. No. 37) is hereby DENIED.

Signed: July 25, 2022

Graham C. Mullen
United States District Judge