**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
Civil Action No. 3:20-cv-00445

| | |
|---|---|
| RICKY D. JONES<br><br>                           **Plaintiff,**<br><br>vs.<br><br>FIRST CITIZENS BANK & TRUST COMPANY AND CENTRAL LOAN ADMINISTRATION & REPORTING A/K/A CENLAR, FSB.,<br><br>                           **Defendants.** | **STATUS UPDATE ON PLAINTIFF'S MOTION TO CONTINUE TRIAL** |

    Counsel for Plaintiff Ricky D. Jones hereby provides a status update on Plaintiff's Motion to Continue Trial pursuant to the Court's order of November 5, 2022.

    Plaintiff's counsel has made continued efforts to ascertain the status of Mr. Jones' medical condition but despite diligent efforts has no new information to report to the Court.

    Counsel urges the Court to grant the Motion to Continue so as not to prejudice Mr. Jones in the continued prosecution of his case.

    WHEREFORE, Plaintiff respectfully requests the Court issue an order continuing the trial of this matter to another term.

    Respectfully submitted this the 8th day of November 2022.

                                                              ***/s/ Travis E. Collum***
                                                              Travis E. Collum
                                                              NC Bar No. 29158
                                                              Collum & Perry, PLLC
                                                              Attorney for Plaintiff
                                                              travis@collumperry.com
                                                              109 W. Statesville Ave.,
                                                              Mooresville, NC 28115
                                                              Telephone: 704-663-4187