UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
COURT FILE NO. 3:20-CV-00445

| | |
|---|---|
| RICKY D. JONES,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FIRST CITIZENS BANK & TRUST COMPANY AND CENTRAL LOAN ADMINISTRATION AND REPORTING, a/k/a CENLAR, FSB.,<br><br>　　　　　　　　　Defendants. | ORDER CONTINUING TRIAL |

THIS MATTER is before the Court on Plaintiff's Motion to Continue Trial. The Court has reviewed the record in this matter and finds there is good cause to allow the motion.

IT IS THEREFORE ORDERED that the trial of this matter is Continued off the November 14, 2022 docket and will be set on the January 23, 2023 trial calendar.

_Graham C. Mullen_
Graham C. Mullen
United States District Judge