IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV445-GCM

| | |
|---|---|
| RICKY D. JONES, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CENTRAL LOAN ADMINISTRATION )<br>& REPORTING a/k/a CENLAR FSB, )<br>)<br>Defendant. )<br>_____) | ORDER |

This matter is before the Court upon its own motion. Due to a pending matter that cannot be resolved prior to trial, this case is hereby continued from the January 23, 2023 trial term to the March 13, 2023 trial term.

IT IS SO ORDERED.

Signed: January 12, 2023

Graham C. Mullen
United States District Judge