# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-445-GCM-DCK

| | |
|---|---|
| **RICKY D. JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **FIRST CITIZENS BANK & TRUST** ) | |
| **COMPANY and CENTRAL LOAN** ) | |
| **ADMINISTRATION AND REPORTING,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Consent Motion For HIPPA Protective Order Authorizing Access To Medical Records" (Document No. 107) filed January 17, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED:**

1. The parties are hereby granted the right, upon compliance with the applicable provisions of the Federal Rules of Civil Procedure and the Orders of this Court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of Plaintiff Ricky D. Jones, as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

2. The parties are further authorized to inspect and make copies of certain medical records for Plaintiff Ricky D. Jones shipped to the Court by Novant Medical Group, Inc. on or about November 10, 2022.

3. This Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena. This Order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. See 45 C.F.R. § 164.512(e)(1)(i).

4. The parties are expressly prohibited from using or disclosing any Protected Health Information obtained pursuant to this Order for any purpose other than this action. Further, this Order will expire at the conclusion of this action and the parties are ordered to either return to the covered entity from whom or which such Protected Health Information was obtained, or to destroy the Protected Health Information (including all copies made), immediately upon conclusion of this action. See 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

**SO ORDERED**.

Signed: January 17, 2023

_____
David C. Keesler
United States Magistrate Judge